United States District Court
Southern District of New York
------------------------------------------------------x
Westminister Securities Corporation,

              Plaintiff,

      v.

Uranium Energy Corporation and
UEC Concentric Merge Corporation,

              Defendants.
------------------------------------------------------x

15 CV 04181 (VM)

Acknowledgment of Service of
Summons and Complaint

To:    Law Offices of Kenneth A. Zitter
        260 Madison Avenue - 18th Floor
        New York, New York 10016

I am the attorney for Defendants Uranium Energy Corporation and UEC Concentric Merge Corporation. I am authorized to accept service of the Summons and Complaint on behalf of each such Defendant. I acknowledge receipt of the Summons and Complaint thereof on their respective behalves.

Dated: June 1, 2015
         Phoenix, Arizona

                                                  */s/ Michael S. Rubin*
                                                  Michael S. Rubin, Esq.
                                                  Dickinson, Wright PLLC
                                                  1850 North Central Avenue
                                                  Suite 1400
                                                  Phoenix, Arizona 85004