Marrero, V.

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726



RECEIVED
JUN 22 2015
CHAMBERS OF
JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WESTMINSTER SECURITIES CORPORATION Plaintiff, vs. URANIUM ENERGY CORPORATION AND UEC CONCENTRIC MERGE CORPORATION Defendants. | Civil Action No. 15 CV 04181 STIPULATION AND ORDER FOR EXTENSION TO ANSWER OR OTHERWISE DEFEND PLAINTIFF'S COMPLAINT |
|---|---|

Plaintiff, Westminster Securities Corporation ("Plaintiff"), and Defendants, Uranium Energy Corporation and UEC Concentric Merge Corporation (collectively "Defendants"), by and through their respective attorneys, stipulate and agree that Defendants may have up to and including July 15, 2015, to answer, move or otherwise respond to the Complaint.

DATED this 22nd day of June 2015.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/15

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | LAW OFFICES OF KENNETH A. ZITTER |
| By: ___/s/___<br>Hagit Elul | By: ___/s/___<br>Kenneth A. Zitter |
| One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: 212-837-6000<br>Fax: 212-422-4726<br>hagit.elul@hugheshubbard.com | 260 Madison Avenue, 18th Floor<br>New York, New York 10016<br>Telephone: 212-532-8000<br>kzitter@aol.com |
| Attorney for Defendants<br>Uranium Energy Corporation and<br>UEC Concentric Corporation | Attorney for Plaintiff<br>Westminster Securities Corporation |

Dated: 22 June 2015   SO ORDERED: ___/s/___
                                    Victor Marrero