DICKINSON WRIGHT PLLC
1850 North Central Avenue, Ste. 1400
Phoenix, Arizona 85004
(602) 285-5000

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendants Uranium Energy
Corporation and UEC Concentric Merge Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Westminster Securities Corporation,

          Plaintiff,

          vs.

Uranium Energy Corporation and UEC
Concentric Merge Corporation,

          Defendants.
_____

Case No. 15 CV 04181 (VM)

**NOTICE OF DEFENDANTS URANIUM ENERGY CORPORATION AND UEC
CONCENTRIC MERGE CORPORATION'S
MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

Declaration of Michael S. Rubin dated July 14, 2015, and all prior pleadings in this action,

Defendants Uranium Energy Corporation and UEC Concentric Merge Corporation will move

this Court, before the Honorable Victor Marrero, United States District Judge, at the United

States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New

York 10007, on a date to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure, dismissing the entirety of the claims asserted against it in

the Complaint filed in this action.

Dated: New York, New York
      July 15, 2015

                        Respectfully submitted,

                        DICKINSON WRIGHT PLLC

                        By:    /s/ John Fellas
                        Michael S. Rubin, *Pro Hac Vice pending*
                        Anne L. Tiffen, *Pro Hac Vice pending*
                        Charles S. Price, *Pro Hac Vice pending*
                        1850 North Central Avenue, Ste. 1400
                        Phoenix, Arizona 85004
                        Telephone: 602-285-5000
                        Fax: 602-285-5100

                        John Fellas
                        Hagit Elul
                        HUGHES HUBBARD & REED LLP
                        One Battery Park Plaza
                        New York, NY 10004-1482
                        Telephone: 212-837-6000
                        Fax: 212-422-4726

                        *Attorneys for Defendants*
                        *Uranium Energy Corporation and UEC*
                        *Concentric Merge Corporation*

TO:    Kenneth A. Zitter
        Law Offices of Kenneth A. Zitter
        260 Madison Avenue, 18th Floor
        New York, NY 10016
        *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westminster Securities Corporation,

        Plaintiff,

        vs.

Uranium Energy Corporation and UEC
Concentric Merge Corporation,

        Defendants.

Case No. 15 CV 04181

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2015, I caused the foregoing Notice of Defendants Uranium Energy Corporation and UEC Concentric Merge Corporation's Motion to Dismiss the Complaint, Defendants' Memorandum of Law in Support of its Motion to Dismiss the Complaint, Declaration of Michael S. Rubin, and this Certificate of Service to be served by filing it with the Clerk of the Court using the Court's CM/ECF system and by first class U.S. Mail, on the following:

> Kenneth A. Zitter
> Law Offices of Kenneth A. Zitter
> 260 Madison Avenue, 18th Floor
> New York, NY 10016
> *Attorneys for Plaintiff*

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on July 15, 2015

        /s/ _____
        John Fellas