USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/15

United States District Court
Southern District of New York

-------------------------------------------------------------x

Westminister Securities Corporation,

               Plaintiff,

v.

Uranium Energy Corporation and
UEC Concentric Merge Corporation,

               Defendants.

-------------------------------------------------------------x

15 CV 04181 (VM)

Stipulation

It is hereby stipulated and agreed between the undersigned counsel for the parties as follows:

1. Defendant Uranium Energy Corporation's ("UEC") and Defendant UEC Concentric Merge Corporation's ("Merge Corp.") motion to dismiss the Complaint filed on July 15, 2015 is hereby withdrawn, without prejudice.

2 Plaintiff Westminister Securities Corporation ("WSC") shall file an Amended Complaint on or before August 13, 2015.

3. UEC and Merge Corp. shall move or otherwise respond with respect to the Amended Complaint on or before September 11, 2015.

Dated:  New York, New York
       July 27, 2015

Law Offices of Kenneth A. Zitter

By_____
     Kenneth A. Zitter, Esq
     Attorneys for Plaintiff,
       Westminister Securities Corporation
     260 Madison Avenue, 18th Floor
     New York, New York 10016

Hughes Hubbard & Reed LLP

By_____
     John Fellas, Esq.
     Attorneys for Defendants,
       Uranium Energy Corporation
       UEC Concentric Merge
       Corporation
     One Battery Park Plaza
     New York, New York 10004

Of Counsel
Dickinson Wright PLLC
Attorneys for Defendants,
  Uranium Energy Corporation
  UEC Concentric Merge Corporation
1850 North Central Avenue - Suite 1400
Phoenix, Arizona 85004-4568

So Ordered: 27 July 2015

_____
U.S.D.J.    Victor Marrero

LAW OFFICES
**KENNETH A. ZITTER**
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

July 27, 2015

Honorable Victor Marrero
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Westminster v. UEC
15 CV 04181 (VM)

Dear Judge Marrero:

Enclosed please find the Stipulation executed by the parties providing for: i) withdrawal of Defendants' pending motion to dismiss, ii) Plaintiff's amending its Complaint and iii) the date by which Defendants may move or otherwise respond with respect to the Amended Complaint.

We respectfully request that the Court "So Order" the Stipulation.

Respectfully,

Kenneth A. Zitter

KAZ/nr

Enc.
by fax - 212-805-6382

cc: John Fellas, Esq.
    Charles Price, Esq.
    by email