UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTMINSTER SECURITIES CORPORATION<br>Plaintiff,<br><br>vs.<br><br>URANIUM ENERGY CORPORATION AND<br>UEC CONCENTRIC MERGE CORPORATION<br>Defendants. | 15 CV 04181<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Michael S. Rubin for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Michael S. Rubin
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
T: 602-285-5000
F: 602-285-5100
mrubin@dickinsonwright.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/15

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Uranium Energy Corporation and UEC Concentric Merge Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 29 July 2015

Victor Marrero
United States District ~~Magistrate~~ Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WESTMINSTER SECURITIES CORPORATION<br>Plaintiff,<br><br>vs.<br><br>URANIUM ENERGY CORPORATION AND<br>UEC CONCENTRIC MERGE CORPORATION<br>Defendants. | 15 CV 04181<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael S. Rubin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Uranium Energy Corporation and UEC Concentric Merge Corporation in the above-captioned action.

I am in good standing of the bar of the State of Arizona and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 7, 2015

Respectfully Submitted,

Michael S. Rubin
Dickinson Wright PLLC
1850 North Central Avenue
Suite 1400
Phoenix AZ 85004
T: 602-285-5000
F: 602-285-5100
mrubin@dickinsonwright.com

PHOENIX 55243-2 231408v1

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **MICHAEL STEVEN RUBIN** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 31, 1977 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 22, 2015.

Jennifer R. Albright
Disciplinary Clerk