LAW OFFICES
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/31/15

July 30, 2015

<u>VIA FACSIMILE – 212 805-6382</u>
Judge Victor Marrero
United States District Court
Southern District of New York

      Re:   Westminster Securities Corp. v. Uranium Energy Corporation et al.
             <u>15 CV 04181</u>

Dear Judge Marrero:

Due to a technological error, I misfiled the new case opening documents for a related case with the earlier case 15 CV 04181. As you will see, I filed documents 14, 15, 16 and 18, Complaint, Civil Cover Sheet, Related Case Statement and Rule 7.1 Statement. We also paid in full the $400 via credit card for the new case opening.

Would you please be so kind as to help rectify this file error and permit a new case opening? We would also be so appreciative if you would please approve the use of today's filing date: July 30, 2015.

We are seeking relief as to the action and thank you for your consideration.

Sincerely,

Lauren B. Cramer
For the offices of Kenneth A. Zitter

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
David R. Holbrooke, M.D.,
AWM Holding, L.L.C. and
John O'Shea,

                                  Civil Action No. 15 cv 4781

        Plaintiffs,

   v.

Uranium Energy Corporation and
UEC Concentric Merge Corporation,

        Defendants.
-----------------------------------------------------------x

## SUMMONS IN A CIVIL ACTION

To: **UEC Concentric Merge Corporation**
**500 North Shoreline, Suite 800N**
**Corpus Christi, Texas 78401**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Law Offices of Kenneth A. Zitter**
**260 Madison Avenue - 18th Floor**
**New York, New York 10016**

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

                                                       CLERK OF THE COURT

Date:_____         _____
                                                   Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
David R. Holbrooke, M.D.,
AWM Holding, L.L.C. and
John O'Shea,

                Plaintiffs,

v.

Uranium Energy Corporation and
UEC Concentric Merge Corporation,

                Defendants.
------------------------------------------------------------x

Civil Action No. _15 CV 4181_

## SUMMONS IN A CIVIL ACTION

To: **Uranium Energy Corporation**
     **1111 West Hastings Street - Suite 320**
     **Vancouver, British Columbia**
     **Canada V6E2J3**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     **Law Offices of Kenneth A. Zitter**
     **260 Madison Avenue - 18th Floor**
     **New York, New York 10016**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

                                                        CLERK OF THE COURT

Date:_____          _____