```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WESTMINSTER SECURITIES CORP.,       :
                                    :    15 Civ. 4181
                Plaintiff,          :
                                    :
    - against -                     :    ORDER
                                    :
URANIUM ENERGY CORP. ET AL.         :
                                    :
                Defendants.         :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/15

**VICTOR MARRERO, United States District Judge.**

On July 30, 2015, Plaintiff Westminster Securities Corp. ("Westminster") filed four documents in this case that were intended as case opening documents for a new case -- a Complaint, a Civil Cover Sheet, a Related Case Statement, and a Rule 7.1 Statement. (Dkt. Nos. 14, 15, 16, 18.) In doing so, Westminster paid the fee for a new case opening, even though one has not yet been created. By letter dated July 30, 2015, Westminster requested that the Court resolve the issue. (Dkt. No. 19.) Therefore, it is hereby

**ORDERED** that the Clerk's Office remove docket entries 14, 15, 16, and 18 from this case, open a new case, and place those documents on the docket of the new case. Westminster will not be required to pay another filing fee as they have already paid it; it is further

**ORDERED** that the Clerk's Office give the newly opened case and those initial documents a filing date of July 30, 2015.

**SO ORDERED.**

Dated:  New York, New York
        31 July 2015

                                                Victor Marrero
                                                    U.S.D.J.