
DICKINSON WRIGHT PLLC

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
FACSIMILE: (602) 285-5100
http://www.dickinsonwright.com

MICHAEL S. RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

September 25, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/15

Honorable Victor Marrero
United States Courthouse
500 Pearl St., Courtroom 11B
New York, NY 10007-1312

Re: Westminster Securities Corp. v. Uranium Energy Corp. and
UEC Concentric Merge Corp., No. 1:15-cv-04181-VM

Dear Judge Marrero:

Enclosed with this letter is a proposed Civil Case Management Plan and Scheduling Order that has been agreed upon by counsel for the parties. In preparing that proposed plan and order, the parties considered the discovery that could be reasonably anticipated at this point in time, the issues to be litigated, and the other relevant factors. In particular, the parties wish to make you aware of several relevant facts which are not apparent on the face of the proposed scheduling order or in the record of this case, which were taken into account in preparing the proposed order.

First, all of the parties to this consolidated case, with the exception of Westminster Securities Corporation, are also parties to a separate lawsuit state court lawsuit in the State of Arizona (Yavapai County Superior Court Case No. P1300CV201200411), which was initiated in March 2012. The parties have agreed to participate in a comprehensive mediation of those claims and the claims in the above-referenced action in this court. The Mediation is scheduled for Wednesday, November 11, 2015. The parties would prefer not to engage in extensive discovery in the present case until they have completed the mediation process.

Second, the trial in the Arizona litigation is scheduled to commence on April 5, 2016 and is expected to end on or about April 27, 2016. The enclosed scheduling order was based in part upon the time anticipated for pretrial proceedings and the trial of that matter.

If the Court has any questions about the enclosed Civil Case Management Plan and Scheduling Order, counsel for the parties will be available to address them.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by The parties.

SO ORDERED.

9-28-15
DATE    VICTOR MARRERO, U.S.D.J.

Very truly yours,

Michael S. Rubin

ARIZONA   KENTUCKY   MICHIGAN   NEVADA   OHIO   TENNESSEE   WASHINGTON DC   TORONTO

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| Westminster Securities Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Uranium Energy Corporation and UEC Concentric Merge Corporation,<br><br>Defendants. | Case No. 15 CV 04181 (VM)<br><br>**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case is to be tried to a jury.

2. Joinder of additional parties to be accomplished by **11/30/2015**.

3. Amended pleadings may be filed without leave of the Court until **10/30/2015**.

4. Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than **10/30/2015**.

5. All <u>fact</u> discovery is to be completed either:

   a. Within one hundred twenty (120) days of the date of this Order, specifically by not later than **Not Applicable (see 5(b) below)**; or

   b. Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than **06/30/2016**.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

   a. Initial requests for production of documents to be served by **10/30/2015**.

   b. Interrogatories to be served by all party by **10/30/2015**.

   c. Depositions to be completed by **06/30/2016**.

1

       i.     Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

       ii.    Depositions of all parties shall proceed during the same time.

       iii.   Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

   d.    Any additional contemplated discovery activities and the anticipated completion date: <u>not at present time</u>.

   e.    Requests to Admit to be served no later than **06/30/2016**.

7. All expert discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

   a.    Simultaneous Disclosure: **08/01/2016**.

   b.    Rebuttal Experts: **09/01/2016**.

   c.    Depositions: **09/30/2016**.

8. Contemplated motions: All dispositive motions will be filed on or before **11/30/2016**.

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than **10/31/2016**.

10. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

   Yes _____      No\_\_\_X\_\_\_\_

11. The next Case Management Conference is scheduled for _____.

    In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

    The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

SO ORDERED:

DATED:    New York, NY

                                                             VICTOR MARRERO
                                                                 U.S.D.J.