1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2

3  Westminster Securities Corporation,   Case No. 15 CV 04181

4               Plaintiff,
                                         **ORDER FOR ADMISSION**
5  vs.                                   **PRO HAC VICE**

6  Uranium Energy Corporation and UEC
   Concentric Merge Corporation,
7
                Defendants.
8

9       The motion of Charles S. Price, for admission to practice Pro Hac Vice in the

10 above captioned action is granted.

11      Applicant has declared that he is a member in good standing of the Bar of the

12 State of Arizona; and that his contact information is as follows:

13      Charles S. Price
        **DICKINSON WRIGHT PLLC**
14      1850 N. Central Ave., Suite 1400
        Phoenix, AZ  85004
15      Phone: 602-285-5042 / Fax: 602-285-5100
        cprice@dickinsonwright.com
16

17      Applicant having requested admission Pro Hac Vice to appear for all purposes as

18 counsel for Uranium Energy Corporation and UEC Concentric Merge Corporation in the

19 above-captioned action;

20      IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice

21 in the above captioned case in the United States District for the Southern District of New

22 York.  All attorneys appearing before this Court are subject to the Local Rules of this

23 Court, including the Rules governing discipline of attorneys.

24      DATED this 29th day of September, 2015.

                                         United States District Judge Victor Marrero

1

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHARLES S. PRICE** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 10, 1980 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this July 7, 2015.

Jennifer R. Albright
Disciplinary Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Westminster Securities Corporation, | Case No. 15 CV 04181 |
| Plaintiff, | |
| vs. | **MOTION FOR ADMISSION PRO HAC VICE** |
| Uranium Energy Corporation and UEC Concentric Merge Corporation, | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Charles S. Price, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Uranium Energy Corporation and UEC Concentric Merge Corporation in the above-captioned action.

I am a member in good standing of the Bar of the State of Arizona and there are no pending disciplinary proceedings against me in any state or federal court.

RESPECTFULLY SUBMITTED this 9th day of July, 2015.

s/ Charles S. Price
Charles S. Price
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave., Suite 1400
Phoenix, AZ  85004
Phone:  602-285-5042 / Fax:  602-285-5100
cprice@dickinsonwright.com

1

1  **ORIGINAL** efiled this 9th day of July 2015, with a COPY
2  mailed this same date to:

3  Kenneth A. Zitter
   Law Offices of Kenneth A. Zitter
4  260 Madison Avenue, 18th Floor
   New York, NY 10016
5  Attorneys for Plaintiff

6

7  By: s/ Janet Clarke

8

9

10  PHOENIX 55243-2 230916v1

2