**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Westminster Securities Corporation, | Case No. 15 CV 04181 |
| Plaintiff, | |
| vs. | **ORDER EXTENDING PRE-TRIAL DEADLINES** |
| Uranium Energy Corporation and UEC Concentric Merge Corporation, | |
| Defendants. | |

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/16

Based upon the joint motion of the parties, and good cause appearing, it is hereby ordered revising the scheduling order entered on or about October 1, 2015, as follows:

1. All fact depositions are to be completed by August 31, 2016;

2. Requests to Admit shall be served on or before August 31, 2016;

3. Simultaneous expert disclosures shall be made on or before October 3, 2016;

4. Rebuttal expert disclosures shall be made on or before November 1, 2016;

5. Expert depositions shall be completed by November 30, 2016;

6. Dispositive motions shall be filed by January 31, 2017;

7. Counsel for the parties shall meet for at least one hour on or before December 31, 2016 to discuss settlement.

DATED this 9th day of June, 2016.

_____
Honorable Gabriel W. Gorenstein
United States Magistrate Judge