| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>1850 North Central Avenue, Ste. 1400<br>Phoenix, Arizona 85004<br>(602) 285-5000<br><br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Defendants Uranium Energy<br>Corporation and UEC Concentric Merge Corporation | |

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Westminster Securities Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>Uranium Energy Corporation and UEC Concentric Merge Corporation,<br><br>     Defendants. | Case No. 15 CV 04181 (VM)<br><br>**NOTICE OF SERVICE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

  Defendants Uranium Energy Corp. and UEC Concentric Merge Corp. have served their Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action upon The Frutkin Law Firm, PLC, with a copy transmitted electronically this date.

  DATED this 27th day of June 2016.

                **DICKINSON WRIGHT PLLC**

                /s/ Michael S. Rubin
                Michael S. Rubin
                Anne L. Tiffen
                Charles S. Price
                Attorneys for UEC Defendants

**HUGHES HUBBARD & REED LLP**

/s/ Michael S. Rubin for
John Fellas
Attorneys for UEC Defendants

**ORIGINAL** filed this
27th day of June 2016.

**COPY** mailed this same date to:

Kenneth A. Zitter
Law Offices of Kenneth A. Zitter
260 Madison Avenue, 18th Floor
New York, NY 10016
Attorneys for Plaintiff


By:    Terri Finnell

PHOENIX 55243-2 308203v1

2