

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE. (602) 285-5000
FACSIMILE: (602) 285-5100
http://www.dickinsonwright.com

MICHAEL S. RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

June 30, 2016

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7/1/16

### VIA FACSIMILE (212) 805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    Westminster Securities Corp. v. Uranium Energy Corp. et al.
            Case No. 1:15-cv-04181-VM

Dear Judge Marrero:

      Undersigned counsel for Uranium Energy Corporation and UEC Concentric Merge Corporation respectfully requests the Court's permission to appear telephonically at the July 15, 2016 Scheduling Conference in the above-captioned matter. It is our understanding, from your judicial assistant, Daniella, that we may call directly into the courtroom at (212) 805-7966, at the designated start time of 10:30 a.m. EST.

      Thank you for your consideration.

                  Very truly yours,

                  Michael S. Rubin

cc:  Kenneth A. Zitter, Esq.
     John Fellas, Esq.
     Hagit Elul, Esq.

MSR:ilf
PHOENIX 55243-2 309028v1

> SO ORDERED. *Request GRANTED. Defense counsel may appear by telephone at the conference on this matter on 7-15-16.*
>
> 6-30-16
> DATE              VICTOR MARRERO, U.S.D.J.