UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/16

WESTMINSTER SECURITIES CORP.,

                    Plaintiff,          15 Civ. 4181 (VM)

      -  against  -                     **ORDER**

URANIUM ENERGY CORP. et al,
                    Defendant.

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the status conference for the above-referenced matter before Judge Marrero scheduled for Friday, July 15, 2016 at 10:30 a.m. shall be adjourned until such time as Magistrate Judge Gorestein certifies completion of discovery.

**SO ORDERED:**

Dated: New York, New York
      5 July 2016

                                    Victor Marrero
                                    U.S.D.J.