UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Westminster Securities Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>Uranium Energy Corporation and UEC Concentric Merge Corporation,<br><br>  Defendants. | Case No. 15 CV 04181<br><br>**ORDER EXTENDING<br>PRE-TRIAL DEADLINES** |

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Based upon the joint motion of the parties, and good cause appearing, it is hereby ordered revising the scheduling order entered on or about June 9, 2016, as follows:

1. All fact depositions are to be completed by September 30, 2016;

2. Requests to Admit shall be served on or before September 30, 2016;

3. Simultaneous expert disclosures shall be made on or before November 3, 2016;

4. Rebuttal expert disclosures shall be made on or before December 1, 2016;

5. Expert depositions shall be completed by December 30, 2016;

6. Dispositive motions shall be filed by March 3, 2017;

7. Counsel for the parties shall meet for at least one hour on or before January 31, 2017 to discuss settlement.

DATED this 22nd day of August 2016.

_____
Honorable Gabriel W. Gorenstein
United States Magistrate Judge