

LAW OFFICES
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/16

September 29, 2016

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*</u>
        15 CV 04181 (VM) (GWG)

Dear Judge Gorenstein:

    Plaintiffs and Defendants jointly submit this request to extend the deadline for submitting Requests for Admissions from September 30, 2016 to and including November 15, 2016.

    Pursuant to the existing Scheduling Order, fact discovery ends on September 30, 2016 with Requests for Admissions also to be served by that date. The parties have completed fact discovery with the final deposition taking place last week.

    Given the substantial fact discovery which occurred and which has only recently been completed, there has been insufficient time for the parties to prepare Requests for Admissions. The parties believe that service of Requests for Admissions will reduce the time required for trial. Extension of the time to submit Requests for Admissions as requested will not delay this case because expert discovery is not scheduled to be completed until December 30, 2016.

    The extension to November 15, 2016 is necessary because of the upcoming holidays and counsels' schedule. Counsel for Plaintiffs will be out of the country from October 19, 2016 to November 1, 2016.

    We respectfully request, therefore, that the time to submit Requests for Admissions be extended to and including November 15, 2016.

                                              Respectfully,

                                            Kenneth A. Zitter

KAZ/nr
By fax (212) 805-4268
cc: Michael Rubin, Esq.
    by email

Granted.

SO ORDERED   DATE: 9/29/16
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE