

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

MICHAEL S. RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

October 10, 2016

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Westminster Securities Corp., et al. v. Uranium Energy Corp., et al.
             Case No. 1:15-CV-04181-VM

Dear Judge Gorenstein:

    Pursuant to the prior Order referring non-dispositive pretrial motions to your attention for disposition, and pursuant to your instructions regarding "Individual Practices" for non-discovery motions, we are writing to request a pre-motion conference regarding a motion we intend to submit, as described briefly below.

    At the outset of this action, undersigned counsel for Defendants endorsed a Jury Trial Demand on initial pleadings. Subsequently, however, it has come to counsel's attention that in the Securities Purchase Agreement upon which Plaintiffs' claims in this case are based, the parties agreed to an "irrevocable" waiver of trial by jury. Accordingly, Defendants seek to withdraw their jury trial demand and to obtain a ruling that this action shall be tried to the Court, pursuant to the parties' prior contractual commitment.

    Defendants' counsel has notified Plaintiffs' counsel of the intention to withdraw the jury trial demand and has requested Plaintiffs' consent to the withdrawal. Defendants' counsel also provided Plaintiffs' counsel a copy of the draft Motion, citing legal authority that a jury trial demand may be withdrawn, despite opposition by the opposing party, if, as here, the right to a jury trial has been previously waived by contract.

    Despite the citation of authority permitting withdrawal of the jury trial demand, Plaintiffs' counsel has refused to consent to the withdrawal, thus making the filing of a motion necessary to resolution of the issue.

Accordingly, Defendants hereby request that a telephonic pre-motion conference be scheduled as soon as the Court's calendar permits to establish a briefing schedule for the proposed motion.

Very truly yours,

DICKINSON WRIGHT PLLC

Michael S. Rubin
*Attorneys for Defendants*

MSR:tlf
cc: (via mail and email):
 Kenneth A. Zitter, Esq.

PHOENIX 55243-2 328950v1