

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

MICHAEL S. RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

October 14, 2016

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Westminster Securities Corp., et al. v. Uranium Energy Corp., et al.
            Case No. 1:15-CV-04181-VM

Dear Judge Gorenstein:

    Enclosed with this letter is a courtesy copy of the Defendants' Motion to Withdraw Jury Demand and/or Motion to Compel Plaintiffs to Consent to Withdrawal, filed this date, submitted pursuant to section 2(C) of your published Individual Practices.

    Pursuant to section 2 (B) of your Individual Practices, the parties have conferred and have reached an agreement regarding the briefing schedule for the enclosed motion. The agreed upon briefing schedule is as follows: Plaintiffs shall file their Response on or before November 18, 2016; and Defendants shall file their Reply on or before December 9, 2016. In the event of any subsequent extension of these deadlines, the revised schedule will be disclosed to the Court by letter, as set forth in section 2(B) of your Individual Practices.

                            Very truly yours,

                            Michael S. Rubin

MSR:tlf
By ECF and U.S.Mail
cc: (via mail and email):
    Kenneth A. Zitter, Esq.
PHOENIX 55243-2 329982v1