**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Westminster Securities Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Uranium Energy Corporation and UEC Concentric Merge Corporation,<br><br>　　　　　Defendants. | Case No. 15 CV 04181<br><br>**ORDER EXTENDING**<br>**PRE-TRIAL DEADLINES** |

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

　　　Based upon the joint motion of the parties, and good cause appearing, it is hereby ordered revising the scheduling order entered on or about September 30, 2016, as follows:

　　1.　Requests to Admit shall be served on or before November 30, 2016;

　　2.　Simultaneous expert disclosures shall be made on or before November 15, 2016;

　　3.　Rebuttal expert disclosures shall be made on or before December 15, 2016;

DATED this 21st day of October 2016.

_____
Honorable Gabriel W. Gorenstein
United States Magistrate Judge