United States District Court
Southern District of New York
-----------------------------------------------------x
Westminster Securities Corporation,
David R. Holbrooke, M.D., AWM Holdings,
LLC and John O'Shea,

15 Civ. 04181(VM)(GWG)

Plaintiffs,

v.

Affirmation

Uranium Energy Corporation and
UEC Concentric Merge Corporation,

Defendants.
-----------------------------------------------------x

John O'Shea hereby affirms under penalties of perjury:

1. I am a Plaintiff in the captioned action and also an officer and director of Plaintiff Westminster Securities Corporation. ("Westminster"). I have personal knowledge of the matters set forth herein.

2. At all relevant times, the Plaintiffs have owned more than two thirds of the Concentric Energy Corporation ("CEC") Warrants which CEC issued in or about December 2008. At all relevant times, Plaintiffs have owned more than two thirds of the Uranium Energy Corporation ("UEC") Exchange Warrants ("UEC Exchange Warrants") which UEC issued in or about September 2011 to the holders of the CEC Warrants issued in December 2008.

3. The CEC Warrants were issued to Westminster as a fee for investment banking services. Westminster never signed a securities purchase agreement.

4. To the best of my knowledge, Defendants in the Arizona Case never objected to the jury demand which is attached as Exhibit B to the Zitter Affirmation.

Dated: New York, New York
November 22, 2016

_____
John O'Shea