UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                                        |   |
|----------------------------------------|---|
| WESTMINISTER SECURITIES et al.,        | : |
| Plaintiffs,                            | : |
| -v.-                                   | : |
| URANIUM ENERGY CORPORATION et al.,     | : |
| Defendants.                            | : |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/16

ORDER
15 Civ. 4181 (VM) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Discovery having concluded, the parties are directed to confer and to inform the Court by a jointly composed letter filed on or before January 6, 2016, whether they wish this case to be referred to the Court's mediation program, whether they wish to attend a settlement conference with their clients before the undersigned, and/or whether they intend to file any summary judgment motion.

SO ORDERED.

Dated: December 30, 2016
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge