LAW OFFICES
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

**MEMO ENDORSED**



USDC SDNY
DOC[...]
ELI[...] [...] Y FILED
DOC #
DATE FILED: 1/6/17

January 6, 2017

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re: Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*
                  15 CV 04181 (VM) (GWG)

Dear Judge Gorenstein:

    The parties jointly submit this letter and respectfully request that:

1. the time for completion of expert depositions be extended to and including February 28, 2017;

2. this matter be submitted to Court's mediation program immediately, preferably to a mediator with commercial and securities expertise; and

3. March 3, 2017 be set as the date by which the parties must submit any pre-motion conference letters to Judge Marrero regarding any dispositive motions. The parties intend to make summary judgment motions.

    The parties have completed fact discovery. The parties have as yet been unable to conduct expert depositions. Because of scheduling issues, it is unlikely the parties would be able to complete those depositions prior to February 28, 2017. Thus the parties respectfully request an extension to that date.

    The parties both believe that this matter should be submitted immediately to the Court's mediation program in an attempt to resolve the matter prior to the parties having to incur the expense of dispositive motions and/or trial.

*Granted.*
*So Ordered.*
DATE: 1/6/17

Gabriel W. Gorenstein
UNITED STATES MAGISTRATE JUDGE

Judge Marrero's rules require a pre-motion conference prior to bringing dispositive motions. Both parties contemplate bringing such motions. The current Scheduling Order provides that the dispositive motions must be brought by March 3, 2017. The parties request that the Court clarify that it is the pre-motion conference letters which must be submitted by that date, not the actual motions.

                                              Respectfully,

                                              Kenneth A. Zitter

KAZ/nr
by fax - 212-805-4268

cc: Michael Rubin, Esq.