UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTMINSTER SECURITIES CORPORATION :
et al.,
                                    :
        Plaintiffs,                          15 Civ. 4181 (VM) (GWG)
                                    :
    -v.-                                     ORDER
                                    :

URANIUM ENERGY CORPORATION et al.,  :

        Defendants.                 :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

One issue raised in defendants' motion to withdraw their jury demand (Docket # 43) is whether the terms of the Securities Purchase Agreement ("SPA") apply to the plaintiffs in this case. In their reply memorandum, defendants attached pages to the SPA that were purportedly signed by plaintiffs. See Reply in Support of Defendants' Motion to Withdraw Jury Demand and/or Motion to Compel Plaintiffs to Consent to Withdrawal, filed Dec. 23, 2016 (Docket # 50) ("Defs. Reply"), at 3 & Ex. C. Defendants also attached a copy of a Common Stock Purchase Warrant, which states that all questions of enforcement of the Warrant will be determined by the SPA. See id. at 3-4 & Ex. A. Westminster's complaint alleges that its warrants were identical to all other warrants at issue in this case. (Docket # 17). Thus, defendants argue that these documents establish that the terms of the SPA apply to all parties. Defs. Reply at 2-4.

Because these matters were first presented in reply papers, the plaintiffs have not had a chance to respond. If they wish to contest any of these factual allegations or legal arguments, they shall do so by a memorandum of law or letter filed on or before February 24, 2017.[1] To the extent plaintiffs are contesting any factual allegations (for example, the fact that they signed the SPA), a sworn statement should be supplied as well.

    SO ORDERED.

Dated: February 3, 2017
    New York, New York

                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge

---

[1] If plaintiffs wish to adjourn this deadline in light of the planned mediation, they may so request by letter.