

LAW OFFICES
## KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/17

February 23, 2017

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*</u>
        15 CV 04181 (VM) (GWG)

Dear Judge Gorenstein:

    In accordance with the provisions of Your Honor's Order dated February 3, 2017, Plaintiffs respectfully request that their time to submit any sur-reply papers on Defendants' Motion to Withdraw Their Jury Demand be extended from February 24, 2017 to a date to be agreed upon by the parties and approved by the Court after the Court Ordered mediation which is scheduled to take place on March 14, 2017. Defendants have agreed to this request.

    The parties have just completed two days of experts' depositions and believe that they should attempt to resolve this entire matter at mediation before proceeding further with additional motion papers.

                                                 Respectfully,

                                               Kenneth A. Zitter

KAZ/nr
by fax - 212-805-4268

cc: Michael Rubin, Esq.
      by email

*Granted. Please make any application by March 28, 2017.*

SO ORDERED. DATE: 2/27/17
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE