



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/17

LAW OFFICES
KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

MEMO ENDORSED

March 23, 2017

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*
15 CV 04181 (VM) (GWG)

Dear Judge Gorenstein:

We represent Plaintiffs in the captioned matter. Your Honor afforded Plaintiffs the opportunity to submit sur-reply papers on Defendants' motion to withdraw their jury designation. Your Honor ordered that any such papers be filed on or before March 28, 2017.

Plaintiffs respectfully request that the time to submit sur-reply papers be extended one week to and including April 4, 2017. Defendants have consented to this request.

Respectfully,

Kenneth A. Zitter

KAZ/nr
by fax - 212-805-4268

cc: Michael Rubin, Esq.
by email

Granted

SO ORDERED: DATE: 3/23/17

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE