

**DICKINSON WRIGHT PLLC**

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE. (602) 285-5000
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

MICHAEL S RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

# MEMO ENDORSED

April 10, 2017

**Sent Via Fax: (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/17
```

Re: **Westminster Securities Corp., et al. v. Uranium Energy Corp., et al.**
Case No. 1:15-CV-04181-(VM) (GWG)

Dear Judge Gorenstein:

On behalf of the Defendants in the above-captioned action, we request an extension up to and including Monday, April 17, 2017, to respond to the letter dated April 5, 2017 (Document # 65), from plaintiffs' counsel, requesting leave to submit an "amended" expert report more than four (4) months after the expiration of the deadline for submitting expert reports and well after the completion of expert discovery in this case. The undersigned counsel received the proposed new 31-page report on April 5, 2017, together with counsel's letter.

Prior to responding to plaintiffs' request, counsel for Defendants will need an opportunity to review the new report with Defendants' expert and confer with his clients with respect to the impact the proposed new report will have on the litigation, both in terms of scheduling and additional and duplicative attorneys' fees, travel expenses, and out-of-pocket litigation expenses.

I have attempted to contact counsel for plaintiffs, Mr. Kenneth Zitter via email, to seek his agreement to the extension requested herein. It is my understanding that he is in Israel and cannot access email at the present time. However, I spoke by telephone today with Mr. Zitter's colleague, Lauren Cramer. Ms. Cramer has authorized me to communicate to the Court plaintiffs' agreement to the requested extension.

DICKINSON WRIGHT PLLC

The Honorable Gabriel W. Gorenstein
April 10, 2017
Page 2

    I therefore respectfully request that the Court grant the Defendants an extension up to and including Monday, April 17, 2017, to respond to counsel's letter dated April 5, 2017 (Docket Number 65).

Very truly yours,

*[signature]*

Michael S. Rubin
Attorneys for Defendants

cc: Kenneth A. Zitter, Esq. (via email)
    Lauren Cramer, Esq.

*Extension to April 24, 2017 granted.*

SO ORDERED: DATE: 4/11/17
*[signature]*
GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

PHOENIX 55243-2 362857v1