LAW OFFICES
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

DOC #: _____
DATE FILED: 4/24/17

April 24, 2017

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

Re: Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*
15 CV 04181 (VM)(GWG)

Dear Judge Gorenstein:

We represent the plaintiffs in the captioned matter. We have just received the letter to Your Honor from Michael Rubin, Esq. regarding the issue of the amended Schwartz expert report.

We respectfully request that should the Court allow Plaintiffs to pursue the amended report, that, in order to save unnecessary expense, any depositions be conducted either by telephone or other remote means (pursuant to Rule 30(b)(4)) or on the eve of trial when all the parties will in any event be in New York.

Respectfully submitted,

Kenneth A. Zitter

KAZ/nr

by fax

cc: Michael Rubin, Esq. (by email)