

DICKINSON WRIGHT

1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
http://www.dickinsonwright.com

Michael S. Rubin
MRubin@dickinsonwright.com
(602) 285-5008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/17

5/3/ok

May 2, 2017

RECEIVED
MAY 3 - 2017
CHAMP[ERS]
JUDGE

**VIA U.S. MAIL & FACSIMILE (212) 805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   <u>Westminster Securities Corp., et al. v. Uranium Energy Corp. et al.</u>
           <u>Case No. 1:15-cv-04181-VM</u>

Dear Judge Marrero:

    This firm is counsel for the Defendants in the above-captioned matter. Pursuant to the Court's minute entry dated March 30, 2017, the Court directed the parties to advise the Court by April 30, 2017 whether they could agree on a stipulation regarding the withdrawal and/or consolidation of affirmative defenses and whether defendants intended to file a motion for summary judgment. The parties have been engaged in discussions regarding such a stipulation, but have not yet reached an agreement. The Defendants respectfully request an extension to advise the Court whether a stipulation has been reached up to and including Friday, May 5, 2017. Counsel for the Plaintiffs has advised undersigned counsel that he has no objection to the requested extension.

    On Thursday, April 27, 2017, counsel for the Defendants sent Plaintiffs' counsel proposed amended answers via email and requested Plaintiffs' stipulation to the filing of the amended answers. On Friday, April 28, 2017, counsel for the Plaintiffs advised counsel for the Defendants that he preferred a stipulation limited to the affirmative defenses. Counsel for the Defendants was out of the office for personal and family reasons on Monday morning, May 1, 2017, and drafted a proposed stipulation that afternoon. The proposed stipulation was emailed to Plaintiffs' counsel on Tuesday morning, May 2, 2017. At the request of Plaintiffs' counsel, Defendants' counsel has revised the stipulation, but Plaintiffs' counsel has not yet accepted those changes. Counsel for the Defendants believes that an extension of a few additional days will be sufficient to work out a mutually-acceptable stipulation or advise the Court that the parties were unable to reach an agreement.

Honorable Victor Marrero
May 2, 2017
Page 2

DICKINSON WRIGHT PLLC

Based upon the foregoing, Defendants respectfully request an extension to advise the Court as to the status of a stipulation concerning the withdrawal and/or consolidation of affirmative defenses and whether Defendants intend to file a motion for summary judgment, up to and including Friday, May 5, 2017. As noted, Plaintiffs have no objection to said extension.

The Court's consideration of this request will be appreciated.

Very truly yours,

DICKINSON WRIGHT PLLC

By _____
Michael S. Rubin

MSR:tlf
cc: Kenneth A. Zitter, Esq.

PHOENIX 55243-2 367690v1

ARIZONA　　FLORIDA　　KENTUCKY　　MICHIGAN　　NEVADA
　　OHIO　　TENNESSEE　　TEXAS　　TORONTO　　WASHINGTON DC