DICKINSON WRIGHT PLLC
1850 North Central Avenue, Ste. 1400
Phoenix, Arizona 85004
(602) 285-5000

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendants Uranium Energy
Corporation and UEC Concentric Merge Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/17

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Westminster Securities Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>Uranium Energy Corporation and UEC Concentric Merge Corporation,<br><br>   Defendants. | Case No. 15 CV 04181 (VM)<br><br>**STIPULATION TO AMEND AFFIRMATIVE DEFENSES** |

On March 30, 2017, the parties, through their respective counsel, participated in a telephonic pre-motion conference with the Court, with respect to Defendants' intention to file a motion for summary judgment and Plaintiffs' intention to file a motion to dismiss certain affirmative defenses set forth in the Defendants' answers filed herein, pursuant to Section II(A)(2) of the Court's Individual Practices. During said telephonic conference, the Court reviewed the existing state of the pleadings, the parties' summaries of the proposed motions and responses thereto, and arguments of counsel, and indicated its likely rulings in the event such motions were filed. Based upon the Court's indicated rulings, and in lieu of the filing of such motions, Plaintiffs and Defendants, by and through their attorneys, hereby stipulate and agree as follows:

1

1. Defendants do not intend to file a motion for summary judgment herein.

2. That Defendants' Answers filed herein are amended as follows:

(a) Defendants' Fourth and Fifth Affirmative Defenses are withdrawn;

(b) Defendants' Second Affirmative Defense is amended to read: "As and for their second affirmative defense, Defendants allege that the replacement warrants issued by UEC expired by their terms on December 31, 2012, upon the failure by Plaintiffs to timely exercise their rights under the Concentric warrants or the UEC replacement warrants."

(c) Defendants' Tenth Affirmative Defense is withdrawn.

3. This stipulation is without acknowledgement by Plaintiffs that Defendants' affirmative defenses are meritorious, and without prejudice to the filing by (i) plaintiffs of any motion to dismiss any Affirmative Defense, as pleaded or re-pleaded; (ii) any party of motions in limine; or (iii) any party of a motion to seek leave to further amend the pleadings herein.

DATED this 5th day of May, 2017.

**LAW OFFICES OF KENNETH A. ZITTER**

s/   Kenneth A. Zitter
Kenneth A. Zitter
Attorney for Plaintiffs

**HUGHES HUBBARD & REED LLP**

s/   John Fellas
John Fellas
Attorneys for UEC Defendants

**DICKINSON WRIGHT PLLC**

s/   Michael S. Rubin
Michael S. Rubin
Charles S. Price
Attorneys for UEC Defendants

**ORIGINAL** filed this
5th day of May 2017.

By: s/    Lynn Jones

PHOENIX 55243-2 367342v1

SO ORDERED.

5-8-19
DATE        VICTOR MARRERO, U.S.D.J.

3



1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
FACSIMILE: (844) 670-6009
http://www.dickinsonwright.com

MICHAEL S. RUBIN
MRubin@dickinsonwright.com
(602) 285-5008

May 5, 2017



RECEIVED
MAY 09 2017
CHAMBERS OF
JUDGE MARRERO

**VIA U.S. MAIL & FACSIMILE (212) 805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Westminster Securities Corp., et al. v. Uranium Energy Corp. et al.</u>
              <u>Case No. 1:15-cv-04181-VM</u>

Dear Judge Marrero:

       This firm is counsel for the Defendants in the above-captioned matter. Pursuant to the Court's minute entry dated March 30, 2017, the Court directed the parties to advise the Court by April 30, 2017 whether they could agree on a stipulation regarding the withdrawal and/or consolidation of affirmative defenses and whether defendants intended to file a motion for summary judgment. The Court subsequently granted an extension for the submission of a status report concerning that matter to May 5, 2017.

       The parties have agreed upon a stipulation regarding the matters referred to above, a copy of which is attached hereto. It is our understanding that the stipulation need not be filed in the ECF system, but we will do so if the Court so directs. In any event, the issues raised in the pre-motion conference held on March 30, 2017 have now been resolved.

                                    Very truly yours,

                                    DICKINSON WRIGHT PLLC

                                    By _____
                                        Michael S. Rubin

Honorable Victor Marrero
May 5, 2017
Page 2

MSR:tlf
cc: Kenneth A. Zitter, Esq.

Enclosure

PHOENIX 55243-2 368550v1