## LAW OFFICES
## KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

May 9, 2017

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*</u>
          15 CV 04181 (VM) (GWG)

Dear Judge Gorenstein:

    We briefly reply to the letter to Your Honor dated May 8, 2017 from Michael Rubin, Esq.

    Mr. Rubin incorrectly states on page 2, footnote 2, that Mr. Schwartz, Plaintiffs' expert, was present at the deposition of Mr. Perry, Defendants' expert. Attached hereto is the appearance page from the Perry deposition which conclusively establishes that Mr. Schwartz was not there. Plaintiffs respectfully submit that any award of costs and expenses to compensate Mr. Perry for any appearance at the Schwartz deposition in New York would be inappropriate.

    Mr. Rubin further states that Plaintiffs fail to explain what they learned during the deposition of Defendants' expert which led to Plaintiffs' request for additional time to submit an amendment to one of Mr. Schwartz's earlier reports. Plaintiffs respectfully submit that it is wholly inappropriate to reveal to Defendants the thought processes of Plaintiffs' counsel in preparing this case for trial.

                                                   Respectfully submitted,

                                                   Kenneth A. Zitter

KAZ/nr
Enc.

by fax - 212-805-4268

cc: Michael Rubin, Esq. (by email)

A P P E A R A N C E S:

    LAW OFFICES OF KENNETH A. ZITTER, ESQ.

    Attorneys for Plaintiff

        260 Madison Avenue

        New York, New York 10016

    BY:    KENNETH A. ZITTER, ESQ.


    DICKINSON WRIGHT PLLC

    Attorneys for Defendants

        1850 N. Central Avenue, Suite 1400

        Phoenix, Arizona 85004

    BY:    MICHAEL S. RUBIN, ESQ.


ALSO PRESENT:

    ALINSON RODRIGUEZ - Videographer

    JOHN O'SHEA

    CHRISTOPHER McNEUR

