**DICKINSON WRIGHT** PLLC

1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
http://www.dickinsonwright.com

Michael S. Rubin
MRubin@dickinsonwright.com
(602) 285-5008

May 9, 2017

**Sent Via Fax: (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  **Westminster Securities Corp., et al. v. Uranium Energy Corp., et al.**
     Case No. 1:15-CV-04181-(VM) (GWG)

Dear Judge Gorenstein:

I am in receipt of Mr. Zitter's letter of this date, responding to my letter to the Court dated May 8, 2017. Mr. Zitter is correct that I incorrectly stated in footnote 2 of my letter that each of the experts attended each other's depositions in this case. While Defendants' expert, David Perry, attended the deposition of Plaintiffs' expert, Douglas Schwartz, Mr. Zitter is correct that Mr. Schwartz did not attend Mr. Perry's deposition. The statement was based upon my recollection, which was incorrect. I apologize to the Court and counsel for my error and for not confirming my recollection before the letter was finalized.

Very truly yours,

Michael S. Rubin
Attorneys for Defendants

cc:  Kenneth A. Zitter, Esq. (via email)

PHOENIX 55243-2 369110v1

ARIZONA    FLORIDA    KENTUCKY    MICHIGAN    NEVADA
        OHIO    TENNESSEE    TEXAS    TORONTO    WASHINGTON DC