**DICKINSON**WRIGHT**MEMO ENDORSED**

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE (602) 285-5000
FACSIMILE (844) 670-6009
http //www dickinsonwright com

MICHAEL S. RUBIN
MRubin@dickinsonwright com
(602) 285-5008

**MEMO ENDORSED** May 18, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. ____
DATE FILED: 5/19/17

**Sent Via Fax: (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   **Westminster Securities Corp., et al. v. Uranium Energy Corp., et al.**
          **Case No. 1:15-CV-04181-(VM) (GWG)**

Dear Judge Gorenstein:

    On May 12, 2017, the Court issued its Order in the above-captioned action (Document # 79), granting in part plaintiffs' motion for reconsideration of its previous Order (Document # 72) relating to the plaintiffs' service of a new or amended expert report. In its May 12 Order, the Court established deadlines for the submission of a rebuttal report by defendants' expert (May 19, 2017) and the completion of the experts' depositions (June 19, 2017). In that Order, the Court directed the parties to seek an extension of those deadlines pursuant to paragraph I(E) of the Court's individual practices if that schedule was inconvenient.

    The parties, through counsel, have agreed, and jointly request that the Court extend the deadline for the submission of defendants' expert rebuttal report to June 16, 2017. Defendants' expert has advised counsel for defendants that he cannot complete the rebuttal report by May 19, 2017, and that he will be on vacation from May 22, 2017 through June 9, 2017. The parties have further agreed and jointly request that the Court extend the deadline for the completion of the expert depositions to June 30, 2017. Subject to the Court granting such extension, the parties have scheduled the depositions of the experts for the week of June 26, 2017.

    The parties jointly and respectfully appreciate the Court's consideration of this request.

SO ORDERED. DATE 5/18/17

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Kenneth A. Zitter  with permission
Attorneys for Plaintiffs

Michael S. Rubin
Attorneys for Defendants