LAW OFFICES
**KENNETH A. ZITTER**
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/17
```

July 10, 2017

Honorable Victor Marrero
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Westminster Securities Corporation *et al.* v. Uranium Energy Corporation *et ano.*</u>
        15 CV 04181 (VM) (GWG)

Dear Judge Marrero:

    We represent Plaintiffs in the captioned matter. We submit this letter jointly on behalf of both Plaintiffs and Defendants requesting that the date for submission of the Pre-Trial Order be extended from August 11, 2017 to August 18, 2017.

    As Your Honor may recall, in the telephone conference during which the trial date of September 11 was set, Your Honor indicated that given the tight schedule, Your Honor would consider extending the deadline for submitting the Pre-Trial Order for one week. Since Your Honor scheduled the trial date, Plaintiffs also filed an appeal of Magistrate Judge Gorenstein's Decision to permit Defendants to withdraw their jury demand. Defendants have not yet submitted their responsive papers on that appeal.

    Under all the circumstances, all parties respectfully request that the Court adjourn the date for submission of the Pre-Trial Order from August 11, 2017 to August 18, 2017.

                                                            Respectfully submitted,

                                                           Kenneth A. Zitter

KAZ/nr

by fax - 212-805-6382

cc: Michael Rubin, Esq.
    by email

```
SO ORDERED. Request GRANTED. The
time for the parties to submit the Pre-Trial
Order and related documents is extended
to 8-18-17
DATE 7-10-17    VICTOR MARRERO U.S.D.J.
```